David V. Jafari, SBN: 207881
*djafari@jafarilawgroup.com*
**JAFARI LAW GROUP, INC.**
801 N. Parkcenter Drive, Suite 220
Santa Ana, California, 92705
Telephone: (714) 542-2265
Facsimile: (714) 542-2286

Attorney for Plaintiff
NORBERT TSCHAKERT

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORBERT TSCHAKERT, an individual, <br><br> Plaintiff, <br><br> -v- <br><br> HART ENERGY PUBLISHING, LLLP, a Delaware limited partnership; HART ENERGY MAPPING AND DATA SERVICES, LLC, a Delaware limited liability company; REXTAG STRATEGIES, INC., a Nevada corporation; TZOLKIN HOLDINGS, a Nevada corporation; REINOLD TAGLE, an individual; SYLVIA CARCAMO, an individual; PAULA SILVA, an individual; CARLOS MAUER, an individual; and DOES 1-100, inclusive, <br><br> Defendants. | Civil No. 10cv2598-L(WMC) <br><br> **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER PERMITTING LIMITED DISCOVERY DIRECTED TO THE ISSUE OF DETERMINING CITIZENSHIP OF DEFENDANTS OR, IN THE ALTERNATIVE, FOR AN ORDER SHORTENING TIME ON A HEARING ON A MOTION FOR AN ORDER PERMITTING SUCH DISCOVERY** <br><br> Hon. Judge M. James Lorenz <br> Courtroom 14 – Fifth Floor <br> Hon. Magistrate Judge William McCurine, Jr. <br> Courtroom C – First Floor <br><br> [*filed concurrently with Memorandum of Points and Auth., and Declaration of David Jafari in support of this Motion*] <br><br> Demand for Jury Trial |

Plaintiff NORBERT TSCHAKERT ("Tschakert") respectfully requests that the Court issue an Order granting leave to take immediate discovery for the limited purpose of determining the Court's subject matter jurisdiction, and continuing Tschakert's time to file its First Amended Complaint to a date Ninety (90) days after the date of the Order allowing early discovery.  In the alternative, Tschakert seeks an order shortening time for a hearing on a noticed motion permitting him to conduct such discovery and continuing his time to file his First Amended Complaint to a date that is Ninety (90) days after the requested hearing date.

Plaintiff could not obtain necessary information that proves the citizenship of Defendants HART ENERGY PUBLISHING, LLLP, and HART ENERGY MAPPING AND DATA SERVICES, LLC (collectively "Hart" or "Defendants") because said information is not publicly available and Defendants refuse to voluntarily provide Tschakert with the information.

Tschakert's counsel requested Mr. William O'Neil, counsel for the Hart Defendants, to stipulate to an order granting Tschakert leave to take immediate limited discovery to the issue of citizenship of the Hart Defendants. But Mr. O'Neil refused. (Jafari Decl. para. 5).

Tschakert had to bring this motion *ex parte*, because there is not enough time to bring a regularly noticed motion.  Immediate relief is necessary because Tschakert's Complaint will be dismissed if he does not learn the citizenship of the Hart Defendants and amend his Complaint to affirmatively allege the citizenship of the Hart Defendants by January 21, 2011. Since the Court issued its Order dismissing Tschakert's Complaint on January 6, 2011, Tschakert has fifteen (15) days, until January 21, 2011, to file his First Amended Complaint.  Thus, Tschakert does not have time to schedule a regularly noticed motion Twenty-eight (28) days prior to the motion hearing date, per CivLR 7.1.e.1.

1   Pursuant to Federal Rules of Civil Procedure (FRCP), Rule 26(d), this Court can order
2  the relief sought by an *ex parte* order.
3   Plaintiff cannot learn Defendants' citizenship until the requested discovery takes place.
4  This Motion is based upon the attached Memorandum of Points and Authorities, Declaration of
5  David Jafari, and the records on file for this case.
6
7   Tschakert's counsel attempted, unsuccessfully, to resolve the issues raised in this *ex parte*
8  application with Mr. O'Neil. (*See* Jafari Decl., para. 6).
9   On January 17, 2011, before making this Motion, Tschakert's counsel informed the
10 counsels for all Defendants, via correspondence, that the instant Motion will be made by January
11 18, 2011 in the above entitled Court, in Courtroom 14 – Fifth Floor, before Honorable Judge M.
12 James Lorenz. (*See* Jafari Decl., para. 3). A copy of this Motion and supporting papers were
13 emailed to counsels for all Defendants. Said papers were also mailed to said recipients. (*Id.* Para.
14 3). William O'Neil, counsel for the Hart defendants, stated that he will be opposing the Motion.
15 (*Id.* Para. 3). Jack Fitzmaurice, counsel for defendants Carlos Mauer and Paula Silva, stated that
16 he will not be opposing this Motion. Counsel for defendants Rextag Strategies, Inc., Tzolkin
17 Holdings, Reinold Tagle, a Sylvia Carcamo, stated that until he sees the *ex parte* application and
18 supporting papers, he is uncertain whether he is going to oppose this Motion. (*Id.* Para. 3).
19
20
21 Dated: January 18, 2011                                Respectfully submitted,
22
23
24                                                         s/David V. Jafari
25                                                       ─────────────────────────
26                                                       David V. Jafari, Attorneys for Plaintiff
                                                         JAFARI LAW GROUP, INC.
27                                                       801 N. Parkcenter Drive, Suite 220
                                                         Santa Ana, California, 92705
28                                                       djafari@jafarilawgroup.com
                                                         Telephone: (714) 542-2265

- 3 -
MOTION FOR ORDER GRANTING LEAVE TO TAKE IMMEDIATE DISCOVERY

1 Facsimile: (714) 542-2286